IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KYLE ZACHARY MABRY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2529

_____/

Opinion filed November 23, 2016.

Petition for Writ of Certiorari—Original Jurisdiction.
Shonna Young Gay, Judge.

Kerry Adkison of Kerry Adkison, P.A., Chipley, Florida, for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Tallahassee Bureau Chief, Criminal Appeals, Tallahassee, Florida, for Appellee.

PER CURIAM.

     The Petition for Writ of Certiorari is denied on the merits.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.